Form B 21 Official Form 21
(12/03)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

STATEMENT OF SOCIAL SECURITY NUMBER(S)

I .Name of Debtor (enter Last, First. Middle): _____

*(Check the appropriate box and, if applicable, provide the required information.)*

    Debtor Social Security Number is: _____

    Debtor does not have a Social Security Number.

2.Name of Joint Debtor (enter Last, First, Middle): _____

*(Check the appropriate box and, if applicable, provide the required information.)*

    Joint Debtor Social Security Number is: _____

    Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

x _____
    Signature of Debtor                      Date

x _____
    Signature of Joint Debtor              Date

*\*Joint debtors must Provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.